# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | No. 726 |
| | : | |
| APPOINTMENT TO THE CONTINUING | : | SUPREME COURT RULES DOCKET |
| | : | |
| LEGAL EDUCATION BOARD | : | |

## <u>ORDER</u>

**PER CURIAM**

   **AND NOW**, this 15th day of February, 2017, Douglas E. Ress, Esquire, Philadelphia, is hereby appointed as a member of the Continuing Legal Education Board for a term of three years, commencing May 1, 2017.